Ronald E. Stadtmueller, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 692128

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

## NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 04-10887 | 004-0 | ERIC WAYNE PICOU<br>Original Check written to:<br>JEFFERSON COUNTY TAX OFFICE<br>P O BOX 2112<br>BEAUMONT, TX  77704 | xxxxxxxxxxxxxxx0000 | 0.00 | 77.67 | 0.00 | 77.67 |
| 04-11430 | 002-0 | ALFONSO ALBACETE<br>Original Check written to:<br>SOUTH TRUST BANK<br>1130 POWERS FERRY PLACE<br>MARIETTA, GA  30067 | xxxx6821 | 546.62 | 1.85 | 0.00 | 1.85 |
| 04-90364 | 002-0 | ALMA N TRAVIS<br>Original Check written to:<br>WELLS FARGO FINANCIAL BNAK<br>ATTN: RECOVERY DEPARTMENT<br>P O BOX 5058<br>SIOUX FALLS, SD  57117-5058 | xxxxxxxxxxxx2584 | 3,282.81 | 428.57 | 0.00 | 428.57 |
| 04-90364 | 004-0 | ALMA N TRAVIS<br>Original Check written to:<br>WELLS FARGO FINANCIAL BNAK<br>ATTN: RECOVERY DEPARTMENT<br>P O BOX 5058<br>SIOUX FALLS, SD  57117-5058 | xxxxxxxxxxxx2584 | 2,122.63 | 277.11 | 0.00 | 277.11 |
| 05-98017 | 006-0 | JUAN PABLO HERNANDEZ<br>Original Check written to:<br>ANGELINA SAVINGS BANK<br>P O BOX 2460<br>LUFKIN, TX  75902 | xxxxxx6-66 | 9.76 | 559.69 | 23.24 | 582.93 |
| 05-98017 | 016-0 | JUAN PABLO HERNANDEZ<br>Original Check written to:<br>ANGELINA SAVINGS BANK<br>P O BOX 2460<br>LUFKIN, TX  75902 | xxxxxxxxxxxxxx211/ | 13.48 | 1,175.84 | 48.58 | 1,224.42 |
| 06-90022 | 102-0 | CHARLES R. PIERCE<br>Original Check written to:<br>FACTORY FURNITURE<br>316 W FRANK AVE<br>LUFKIN, TX  75904- | | 188.34 | 139.66 | 0.00 | 139.66 |