Ronald E. Stadtmueller, Chapter 13 Trustee       Check No. 694049
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-10377 | 001-0 | RICHARD L SMITH<br>Original Check written to:<br>SOUTHWEST SERVICE, INC.<br>P. O. BOX 181630<br>DALLAS, TX 75218 | xx1387 | 2,978.96 | 103.65 | 0.00 | 103.65 |
| 04-90364 | 002-0 | ALMA N TRAVIS<br>Original Check written to:<br>WELLS FARGO FINANCIAL BNAK<br>ATTN: RECOVERY DEPARTMENT<br>P O BOX 5058<br>SIOUX FALLS, SD 57117-5058 | xxxxxxxxxxxx2584 | 3,242.10 | 40.71 | 0.00 | 40.71 |
| 04-90364 | 004-0 | ALMA N TRAVIS<br>Original Check written to:<br>WELLS FARGO FINANCIAL BNAK<br>ATTN: RECOVERY DEPARTMENT<br>P O BOX 5058<br>SIOUX FALLS, SD 57117-5058 | xxxxxxxxxxxx2584 | 2,096.31 | 26.32 | 0.00 | 26.32 |
| 04-90869 | 014-0 | ROBERT ANDREW HARRIS<br>Original Check written to:<br>CINGULAR WIRELESS BANKO<br>P O BOX 309<br>PORTLAND, OR 97207-0309 | xxxx4941 | 1,679.71 | 43.19 | 0.00 | 43.19 |
| 05-10590 | 009-0 | RAYMOND LEE PRESLEY<br>Original Check written to:<br>TAYLOR TRADING CO.<br>4125 COLLEGE<br>BEAUMONT, TX 77707-3901 | xxxxxxxxxxxxxIDED | 0.00 | 376.12 | 0.00 | 376.12 |
| 05-90884 | 039-0 | WAYNE RICHARD LONG<br>Original Check written to:<br>CHEVRON<br>P O BOX 2001<br>CONCORD, CA 94529-0001 | xxxxxx7228 | 383.93 | 5.18 | 0.00 | 5.18 |
| 05-90958 | 007-0 | FOREST LYNN SMITH<br>Original Check written to:<br>CHEVRON<br>P O BOX 2001<br>CONCORD, CA 94529-0001 | xxxxxx0459 | 300.24 | 12.55 | 0.00 | 12.55 |